Terrence J. Coleman  (State Bar No. 172183)
Michael J. Quirk  (State Bar No. 283351)
PILLSBURY & COLEMAN, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
Email: tcoleman@pillsburycoleman.com
         mquirk@pillsburycoleman.com

Attorneys for Plaintiff
CHARLES DIMRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DIMRY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN; THE NFL PLAYER SUPPLEMENTAL DISABILITY PLAN; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 16-cv-1413 JD<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO EXTEND MEDIATION DEADLINE**<br><br>Complaint Filed: March 23, 2016 |

The Court, having reviewed the Stipulation to Extend Mediation Deadline filed by Plaintiff CHARLES DIMRY and Defendants BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN and THE NFL PLAYER SUPPLEMENTAL DISABILITY PLAN, finds that good cause exists to enter an order approving said Stipulation.

Accordingly, IT IS HEREBY ORDERED that the deadline for completion of ADR procedure is continued to October 31, 2016.

Dated: August 1, 2016

_____
Honorable
U.S.D.

*GRANTED — Judge James Donato*

-1-
[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND MEDIATION DEADLINE    Case No. 16-cv-1413 JD